# Court of Appeals
# of the State of Georgia

ATLANTA,___August 08, 2013___

*The Court of Appeals hereby passes the following order:*

**A13A1895. WILLIAMS v. THE STATE.**

The above-styled appeal was docketed in this Court on May 22, 2013. Pursuant to Rule 23 (a) of the Court of Appeals of the State of Georgia, Appellant Travis Williams's brief and enumeration of errors were to be filed in this Court by June 11, 2013. They were not filed. On July 16, 2013, this Court ordered Appellant to file a brief and enumeration of errors on or before July 30, 2013 or face possible dismissal of the appeal. As of the date of this order, Appellant has not filed a brief and enumeration of errors, or a motion for extension showing good cause.

Consequently, the appeal is hereby DISMISSED. See Court of Appeals Rules 7 and 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_08/08/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*